UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

26 CR 369 (PKC)

-against-

ORDER

EDWARD RANDOLPH,

Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

Upon the application of the government, consented to by defense counsel, that time be excluded between today and the initial pretrial scheduled currently scheduled for September 16, 2026 at 11:00 a.m. in Courtroom 11D. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow the government to produce discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure; the defendant to review the Government's Rule 16 discovery and evaluate potential motion practice; and the parties to discuss a potential pretrial disposition. Accordingly, the time between today and September 16, 2026 is excluded.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
August 21, 2026